**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Blake Anthony Monakino v. The State of Texas

Appellate case numbers:    01-14-00361-CR

Trial court case numbers:   1397016

Trial court:                  174th Judicial District Court of Harris County

On October 9, 2014, this case was abated and remanded to the trial court to conduct a hearing to determine whether, *inter alia*, appellant had the right to appeal and if new appellate counsel should be appointed. On November 12, 2014, appellant filed a *pro se* motion for another oral argument before the trial court regarding these issues. On November 19, 2014, the trial court held the abatement hearing and that hearing record was filed on November 20, 2014. On December 3, 2014, the supplemental clerk's record was filed with the trial court's findings of fact, conclusions of law, and order. The trial court clarified that appellant had the right to appeal the limited issues raised during the sentencing hearing, for which the reporter's record was filed on December 1, 2014, and the court appointed new counsel, Melissa Martin, after finding appellant indigent and after having allowed his trial counsel withdraw as counsel.

Accordingly, we **REINSTATE** this case on the Court's active docket, **DISMISS** appellant's *pro se* motion for another argument before the trial court as moot, and direct appellant's counsel to contact appellant regarding his letter filed on December 9, 2014.

Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(2). The State's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                    ☒ Acting individually
Date: December 16, 2014